**Order entered April 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00612-CR

**GERONIMO DELGADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F11-61529-H**

## ORDER

The Court **GRANTS** the State's April 5, 2013 motion to extend time to file its brief. We

**ORDER** the State's brief received on April 5, 2013 filed as of the date of this order.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE